# Chief Judge
# S. Thomas Anderson

**Case #:** 1:20-cv-2179

Heather Carnell :
Jerry D. Yancey
v.
Hardeman Co. Gov.